IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY B. HOLMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV33-MEF |
| | ) | [WO] |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the defendants' Motion For Leave To Conduct Remand-Related Discovery, filed on 20 February 2006 (Doc. # 15), and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 23rd day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE