**LOAN AGREEMENT AND DISCLOSURE STATEMENT**

**AMERICAN GENERAL FINANCIAL SERVICES**

| DATE 11/15/02 | ACCOUNT NUMBER 1172166 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-826-8940 |
|---|---|

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

**BORROWER(S) NAME AND ADDRESS ("I","We")**

COPY

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 26.99 % | $ 2177.00 | $ 4583.74 | $ 6760.74 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 211.19 | 12/22/02 |
| 35 | $ 187.13 | monthly beginning 01/22/03 |

LATE CHARGE: [X] If any payment is not paid in full within  10  days after its due date, I will be charged  5.00  % of the  unpaid  amount of the payment, but not more than $  99.99  or less than $  10.00 .

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $_____ if the entire scheduled payment exceeds $_____ or $_____ if the entire scheduled payment is $_____ or less.

PREPAYMENT: If I pay off early:

[ ] I may   [X] I will not   have to pay a penalty or minimum charge.

[X] I may   [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

[ ] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| | | | |

[ ] Other Assets

| Other Assets Description |
|---|
| |

[X] Household Items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_Johnny Holmes_
Borrower

_____
Co-Borrower

**SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES**


EXHIBIT
D(1)

## ITEMIZATION OF AMOUNT FINANCED

Amounts paid to others on my behalf

| | | | | |
|---|---|---|---|---|
| 1. | $ | 125.59 | Single Life Premium | PAID TO LIFE INSURANCE COMPANY * |
| 2. | $ | 370.51 | Single Disability Premium | PAID TO DISABILITY INSURANCE COMPANY * |
| 3. | $ NONE | | | PAID TO |
| 4. | $ | 222.30 | Personal Property Premium | PAID TO PERSONAL PROPERTY INSURANCE COMPANY* |
| 5. | $ NONE | | | PAID TO |
| 6. | $ NONE | | | PAID TO |
| 7. | $ NONE | | | PAID TO |
| 8. | $ NONE | | | PAID TO |
| 9. | $ NONE | | | PAID TO |
| 10. | $ NONE | | | PAID TO |
| 11. | $ | 20.00 | Recording/Releasing Fees UCC | PAID TO GOVERNMENT AGENCY |
| 12. | $ NONE | | | PAID TO |
| 13. | $ NONE | | | PAID TO |
| 14. | $ NONE | | | PAID TO |
| 15. | $ NONE | | | PAID TO |
| 16. | $ NONE | | | PAID TO |
| 17. | $ NONE | | | PAID TO |
| 18. | $ NONE | | | PAID TO |
| 19. | $ NONE | | | PAID TO |
| 20. | $ NONE | | | PAID TO |
| 21. | $ | | | PAID TO |
| 22. | $ | | | PAID TO |
| 23. | $ | | | PAID TO |
| 24. | $ | | | PAID TO |
| 25. | $ | | | PAID TO |
| 26. | $ | | | PAID TO |
| 27. | $ | | | PAID TO |
| 28. | $ | | | PAID TO |
| 29. | $ | | | PAID TO |
| 30. | $ | | | PAID TO |
| 31. | $ | | | PAID TO |
| 32. | $ | | | PAID TO |
| 33. | $ | | | PAID TO |
| 34. | $ | | | PAID TO |
| 35. | $ | | | PAID TO |
| 36. | $ | | | PAID TO |
| 37. | $ | | | PAID TO |
| 38. | $ | | | PAID TO |
| 39. | $ | | | PAID TO |
| 40. | $ | | | PAID TO |
| 41. | $ | | | PAID TO |
| 42. | $ | | | PAID TO |
| 43. | $ | | | PAID TO |
| 44. | $ | | | PAID TO |
| 45. | $ | | | PAID TO |

Amount Paid on Prior Account with Lender

| | | | |
|---|---|---|---|
| 46. | $ | 2945.32 | |

Amounts Paid to me

| | | | | |
|---|---|---|---|---|
| 47. | $ | 600.00 | PAID TO JOHNNY B HOLMES | |
| 48. | $ | 300.02 ** | PAID TO JOHNNY B HOLMES | |
| 49. | $ | | PAID TO | |
| 50. | $ | | PAID TO | |
| 51. | $ | | PAID TO | |
| 52. | $ | | PAID TO | |
| 53. | $ | | PAID TO | |
| 54. | $ | | PAID TO | |
| 55. | $ | | PAID TO | |
| 56. | $ | | PAID TO | |

\* Lender may retain a portion of these amounts.

\*\*For the purchase of the non-credit insurance(s) or other product(s) I requested, or I may cash the check and keep the funds.

$ __4583.74__ Amount Financed (Sum of lines 1 - 56)

$ NONE _____ Prepaid Finance Charges (itemized below)

## PREPAID FINANCE CHARGES

| | | |
|---|---|---|
| 1. | $ NONE | PAID TO |
| 2. | $ NONE | PAID TO |
| 3. | $ NONE | PAID TO |
| 4. | $ NONE | PAID TO |
| 5. | $ NONE | PAID TO |
| 6. | $ NONE | PAID TO |
| 7. | $ NONE | PAID TO |
| 8. | $ NONE | PAID TO |
| 9. | $ NONE | PAID TO |
| 10. | $ NONE | PAID TO |
| 11. | $ NONE | PAID TO |
| 12. | $ NONE | PAID TO |
| 13. | $ NONE | PAID TO |
| 14. | $ NONE | PAID TO |

**SEE NEXT PAGE FOR IMPORTANT INFORMATION**

AUB.4978.0072

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE   11/15/02 | ACCOUNT NUMBER   1172166 | TYPE OF LOAN (Alpha) B00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

COPY

**CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST.** I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE AND CREDIT DISABILITY INSURANCE *<br>I want single credit life insurance and single credit disability insurance.<br><br>Date 11/15/02  _Johnny B. Holmes_  Borrower  JOHNNY B HOLMES          _8 8 50_  Date of Birth<br><br>Date _____  Co-Borrower  Coverage not applicable.          Date of Birth | $       496.10 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____  Borrower  Insurance not available.          Date of Birth<br><br>Date _____  Co-Borrower  Insurance not available.          Date of Birth | PAID BY RENEWAL<br>$ NONE<br>MAR 29 2004<br>American General Fin Services<br>AUBURN, AL |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| I want credit personal property insurance with a coverage amount of $ 3800.00.<br><br>Date 11/15/02  _Johnny B Holmes_  Borrower  JOHNNY B HOLMES<br><br>Date _____  Co-Borrower  Coverage not applicable. | 36 | $     222.30 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE: I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender.** Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

## TRUTH IN LENDING INSURANCE DISCLOSURES (con'd)

**VOLUNTARY CREDIT INSURANCE.** Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and its affiliates expect to profit from my purchase of voluntary credit insurance, and I consent to this.

**VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE.** Lender does not require that I insure the personal property listed on the Personal Property Appraisal Form (if any); however, I may voluntarily purchase voluntary credit personal property insurance from Lender or its affiliate or from another insurance company. I should review my existing homeowner's and other physical damage insurance to determine whether voluntary credit personal property insurance duplicates or adversely affects my existing insurance coverage(s). Lender and/or its affiliates expect to profit from my purchase of voluntary credit personal property insurance, and I consent to this.



AUB.4978.0070

**AMERICAN**
**GENERAL**
**FINANCIAL SERVICES**

## INSURANCE DISCLOSURE SUMMARY

Borrower Name and Address:

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

| | |
|---|---|
| Branch Number: 1702 |
| Loan Number: 1172166 |
| Date: 11/15/02 |

I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JOHNNY B HOLMES | $ 125.59 |
| Credit Disability | JOHNNY B HOLMES | $ 370.51 |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | JOHNNY B HOLMES | $ 222.30 |
| MERIT L.I.F.E. PLUS | JOHNNY B HOLMES | $ 300.02 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| OTHER PRODUCTS | MEMBER(S) | PLAN FEE |
|---|---|---|
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

NON CREDIT INSURANCE: I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_(Signature)_

_99430_
(License Number)

BORROWER: _(Signature)_

CO-BORROWER: _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
801 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159

UNQ181 (10-18-02)    Telephone: 1-800-325-2147 Ext 5232    Telefax: (812) 461-2852    AUB.4978.0091

NOTE AND SECURITY AGREEMENT

**AMERICAN GENERAL FINANCE**

| ACCOUNT NUMBER | TYPE | DATE FINANCE CHARGE BEGINS TO ACCRUE |
| 1172166 | E | IF DIFFERENT FROM DATE OF NOTE |

| BORROWER(S) NAME AND ADDRESS | PAYEE (LENDER) |
| JOHNNY B HOLMES<br>PO BOX 115<br>HARDAWAY, AL 36039 | AMERICAN GENERAL FINANCE, INC.<br>323 AIRPORT RD STE D<br>AUBURN, AL 36830-5701 |

| Date of Note | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 10/03/01 | 11/05/01 | | 10/05/04 | $ 128.95 | $ NONE | $ 124.38 | 36 | 36 |

**PAID BY REN**
**MAY 23 2002**
American General Finance
AUBURN, AL

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| 1 $ NONE | Premium to Life Insurance Co. (Joint Coverage) | 7. Appraiser for Appraisal Fee $ NONE PAID TO |
| 2 $ 80.29 | Premium to Life Insurance Co. (Single Coverage) | 8. Title Exam Fee/Title Insurance. $ NONE PAID TO |
| 3 $ 246.27 | Premium to Disability Insurance Co | 9. Taxes Paid to Gov't Agency $ NONE American General Finance |
| 4 $ 131.76 | Premium to Property Insurance Co.$ 2400.00 | 10. Abstract Fee $ NONE AUBURN, AL |
| 5 $ NONE | Paid to Public Officials for Certificate of Title Fees | 11. Notary Fee $ NONE PAID TO |
| 6 $ 18.60 | Paid to Public Officials for Recording and Releasing Fees | 12. Paid on Prior Account with Lender $ 2147.22 |
| | | 13. Amount Paid to you or on your behalf itemized below ▸ $ 302.78 $ TO |

| | 26.99 % Agreed Rate of Charge | |
|---|---|---|
| 14 $ 2926.92 Amount Financed (Sum of lines 1 thru 13) | A.$ 120.00 Prepaid Finance Charge (Interest Surcharge) | $ |
| 15 $ 1555.33 FINANCE CHARGE | B.$ NONE Prepaid Finance Charge (Points) | $ |
| 16. 30.07 % ANNUAL PERCENTAGE RATE | C.$ NONE Prepaid Finance Charge (Mortgage Recording Tax) | $ |
| 17 $ 4482.25 Total of Payments | D.$ NONE Prepaid FINANCE CHARGE Broker Fee | $ |
| | (Paid to ) | $ |
| | E.$ 1435.33 Interest | $ 302.78 YOU |
| | 18.$ 3046.92 Principal Amount of Loan (14 + 15A + 15B +15C + 15D) | |

**PARTIES:** "You" means each and all of those who signed this Note and Security Agreement ("Agreement") as a Borrower. If there is more than one Borrower, each is liable for the entire obligation (joint and several liability). The word "we", "us" and "our" mean Lender.

**PROMISE TO PAY:** You agree and promise to pay the original Principal Amount of Loan, Amount Financed plus any Interest Surcharge, Prepaid Finance Charges which includes Interest Surcharge, Points, Brokers Fee and Mortgage Recording Tax) together with interest on the unpaid balances at the Agreed Rate of Charge set forth. The total of the original Principal Amount of Loan and such scheduled interest is to be repaid in monthly installments. The Finance Charge will be less if you make payments ahead of schedule, and greater if you make payments later than scheduled. You may prepay this loan in full or in part at any time without penalty. Partial prepayment will not defer or delay your obligation to pay remaining installments.

**TIME OF REPAYMENT:** The first payment shall be due on the First Payment Due Date indicated and the following payments shall be due on the same day of each succeeding month to and including the Final Payment Due Date.

**INTEREST SURCHARGE:** An interest surcharge of 6% of the first $2,000 of the Amount Financed may be charged to you by us. If your loan is prepaid in full by any means within 90 days of the date of your loan, you will receive a pro rata refund or credit of the interest surcharge except that in such event, we can retain an amount of no less than $25. After 90 days, the interest surcharge is fully earned by us. No refund of the interest surcharge will be made except as stated in this provision.

**LATE CHARGE:** If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

**REQUIRED INSURANCE:** You agree to maintain insurance against all hazards and risks of physical damage on the collateral securing this loan (other than household goods) and name us as loss payee. You agree to maintain such insurance for the term of the loan. You may obtain such insurance from any agent or insurer of your choice, or you may use any existing policy you own. Unless you provide us with evidence of the required insurance coverage, we may purchase insurance at your expense to protect our interests in your collateral. This insurance may, but need not, protect your interests. The coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with evidence that you have obtained insurance as required by our agreement. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance, including interest and any other charges we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The costs of the insurance may be added to your total outstanding balance or obligation. The costs of the insurance may be more than the cost of insurance you may be able to obtain on your own.

**CREDIT INSURANCE:** If you voluntarily request credit life or disability insurance, you acknowledge disclosure of the cost of such insurance and authorize us to include it in the balance payable under the note and security agreement.

You understand that credit insurance is not required in connection with this loan and was not a factor in the approval of the extension of credit, and that you may obtain such insurance, if you want it, from any person you choose. If you have chosen to obtain credit insurance through Lender, then (a) your choice to obtain such credit insurance through Lender is indicated on a separately signed Federal Disclosure Statement, a copy of which has been given to you and (b) the cost of such credit insurance is included within the Amount Financed and is shown on the Itemization of Amount Financed.

**NOTE: This Agreement contains multiple pages that include important information about your loan.**

BY SIGNING BELOW, YOU HAVE READ, UNDERSTAND AND AGREE TO THE TERMS AND CONDITIONS IN THIS DOCUMENT, INCLUDING THE ARBITRATION PROVISIONS THAT PROVIDE, AMONG OTHER THINGS, THAT EITHER YOU OR LENDER MAY REQUIRE THAT CERTAIN DISPUTES BETWEEN YOU AND LENDER BE SUBMITTED TO BINDING ARBITRATION. IF YOU OR LENDER ELECTS TO USE ARBITRATION, BOTH YOU AND LENDER WILL HAVE WAIVED YOUR AND LENDER'S RIGHT TO A TRIAL BY A JURY OR JUDGE, THE DISPUTE WILL BE DECIDED BY AN ARBITRATOR AND THE DECISION OF THE ARBITRATOR WILL BE FINAL. ARBITRATION WILL BE CONDUCTED PURSUANT TO THE RULES OF THE NATIONAL ARBITRATION FORUM.

**COPY RECEIVED:** You acknowledge receipt of a completely filled in copy of this Agreement and the Federal Disclosure Statement on a separate sheet.

**CAUTION:** IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

Witness _____

Witness _____

_____ Signature of Principal Borrower

_____ Signature of Other Borrower

Page 1 of 3

AUB.4978.0166

001-00002 ALB281 (9-4-00) AL MINI-CODE AND INTEREST AND USURY

**SECURITY INTEREST:** You grant us a s[ecu]rity interest in the property described in the [Fed]eral Disclosure Statement, the collateral appraisal of the same date signed by y[ou], and/or as described below, along with all attachments, accessories, replacements, accessions and proceeds thereof, including amounts payable under any insurance policy covering the loss of such property, and unearned premiums (all collectively "Property"). The Property secures your obligations under this Agreement and any modification, extension, or renewal thereof.

| Year | Make | Model | Body Type | Vehicle Identification No. | N-U | No | Cyls |
|------|------|-------|-----------|---------------------------|-----|-----|------|
|      |      |       |           |                           |     |     |      |
|      |      |       |           |                           |     |     |      |

You grant us a security interest in any unearned premiums from any insurance you have elected and purchased through us in connection with this transaction which protects the account or collateral. You grant us the right, but not the obligation, to cancel such policies in the event of your default, subject to any applicable restrictions under state law. If we cancel the insurance, any unearned premium will be credited to this account or refunded to you.

**BAD CHECK FEE:** We may charge you the greater of the bad check processing fee of $ 28.00  or the amount equal to the actual charge made by the depository institution for the return of unpaid or dishonored instruments if you make a payment by check, draft or negotiable order of withdrawal and such instrument is refused by the bank because of insufficient funds or because you did not have an account at that bank at the time of presentation. Bad check fees will accrue.

**ATTORNEY FEES:** If the original principal amount of the loan exceeds $300.00, you agree to pay reasonable attorney's fees should this loan be referred for collection to an attorney who is not a salaried employee. Attorney fees will not be in excess of 15% of the unpaid debt.

**DEFAULT AND REMEDIES:** If you do not pay the full amount of any payment by the date it is due, if you fail to keep any promise in this Agreement, if all Borrowers die, or if any Bankruptcy proceeding is commenced by or against you, then you are in default. Upon default, we may accelerate this Agreement and demand from you immediate payment of the entire amount of the unpaid principal and accrued but unpaid interest, and any other accrued but unpaid charges. We may take immediate possession of the Property, with or without process, by peaceful entry upon the premises where the Property is located. Upon request, you will assemble the Property for us at any place we reasonably request. We have the rights, remedies, and duties of a secured party under the Alabama Uniform Commercial Code, and may sue you and/or foreclose our security interest in the Property as may be permitted or required thereunder and in compliance with all other applicable laws. You will remain liable to us for any remaining deficiency balance unless the original cash price of the goods was $1,000 or less. The deficiency balance shall bear interest at the highest Agreed Rate(s) of Charge or Annual Percentage Rate as permitted by law. Our rights are cumulative and not exclusive.

**INTEREST AFTER FINAL PAYMENT DUE DATE:** If there is any unpaid balance remaining on the Final Payment Due Date, you agree to pay interest on that balance at the rates set forth, or at the highest lawful contract rate whichever is higher.

**DELAY IN ENFORCEMENT:** We may accept late payments or partial payments even though marked "payment in full" without losing any of our rights under this Agreement. We may delay enforcing any of our rights under this Agreement without losing them.

**AGREEMENTS CONCERNING PROPERTY:** 1. You agree that regardless of how affixed, the Property shall remain personal property, and shall not become part of any Real Estate.

2. You own the Property free and clear except for the security interest you have granted us and will keep the Property free and clear of any other liens, claims and security interests.

3. You will keep the Property at your address shown on this Agreement.

4. You will keep the Property in good repair, not misuse it, not use it for an improper or illegal purpose, hide it, or without our prior written consent, sell it.

5. You understand that all risk of loss is on you. You agree to keep the Property (not including household goods) fully insured with us as a loss payee or co-insured. IN THE EVENT YOU FAIL TO KEEP THE PROPERTY FULLY INSURED, YOU AGREE THAT WE MAY, BUT ARE NOT OBLIGATED TO OBTAIN INSURANCE AND YOU WILL REIMBURSE US IMMEDIATELY FOR SUCH EXPENSE. IF SUCH INSURANCE IS PURCHASED BY US, WE MAY ADD SUCH PREMIUM TO YOUR ACCOUNT AND CHARGE INTEREST ON SUCH PREMIUM. NO LIABILITY INSURANCE WILL BE INCLUDED. Notwithstanding the foregoing, you will not be required to maintain property insurance on household goods.

6. Until you reimburse us, all premiums paid by us, and our expenses related to insuring, protecting, repossessing, storing, repairing, foreclosing, and selling the Property are secured hereunder and shall bear interest at the Agreed Rates of Charge herein.

7. You irrevocably appoint us your Attorney-in-Fact to receive and endorse and apply to your balance any insurance draft we may receive.

**GOVERNING LAW:** This loan is regulated by either the Alabama Small Loan Act, The Alabama Mini-Code and/or the Interest and Usury Statute depending on the amount and the term on the loan.

---

**CO-SIGNER GUARANTY AND GRANT OF SECURITY INTEREST:**

To induce us to extend credit to the Borrower, the undersigned Co-Signer guarantees the Borrower's obligation to us as set forth in the Agreement above and on the reverse. You grant us a security interest in your interest, if any, of all property described in the Federal Disclosure Statement, Collateral Appraisal and/or that property as described in this Agreement, on the same terms, as found in the "Security Interest" and "Agreements Concerning Property" paragraphs in this Agreement. You understand that we may sue and collect Borrower's entire obligation from either or both of you if the Borrower defaults, regardless of whether we choose to sue or attempt to collect from the Borrower. You waive all defense, rights and notices, including, but not limited to, acceptance, presentment, demand, dishonor and subrogation, to the extent permitted by law. We may extend, renew, compromise or modify Borrower's obligation, substitute or release collateral, or delay in enforcement of our rights, all without your consent or notice, without you being released from your obligations to us under this guaranty and grant of security interest. If there is more than one Co-Signer, each of your guaranties, grants of security interest, agreements and waivers is joint and several.

| | | |
|---|---|---|
| Co-Signer's Signature | Address | Date |
| Co-Signer's Signature | Address | Date |

Co-Signer acknowledges receipt of a separate copy of the NOTICE TO CO-SIGNER. If a security interest (mortgage or deed of trust) is being granted in your Co-Signer's principal dwelling to secure the Borrower's obligation, Co-Signer also acknowledges receipt of a copy of the Federal Disclosure Statement and two copies of the NOTICE OF RIGHT TO CANCEL, unless the transaction is purchase money, or is a refinance without new money except for earned interest and closing costs.

**FEDERAL DISCLOSURE STATEMENT**

**AMERICAN GENERAL FINANCE**

| ACCOUNT NUMBER |
|---|
| 1172166 |

| BORROWER(S) NAME AND ADDRESS | LICENSED OFFICE: (LENDER) |
|---|---|
| JOHNNY B HOLMES<br>PO BOX 115<br>HARDAWAY, AL 36039 | AMERICAN GENERAL FINANCE, INC.<br>323 AIRPORT RD STE D<br>AUBURN, AL 36830-5701 |

| Date of Loan | First Payment Due Date | Other Payments Due on Same Date of Each Month | Final Payment Due Date | Amount of First Payment | Amount of Balloon Payment | Amount of Monthly Payment | Total Number of Payments | Term of Loan in Months |
|---|---|---|---|---|---|---|---|---|
| 10/03/01 | 11/05/01 | | 10/05/04 | $ 128.95 | $ NONE | $ 124.38 | 36 | 36 |

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 30.07 % | $ 1555.33 | $ 2926.92 | $ 4482.25 |

LATE CHARGE: If any payment is more than 10 days late, you will pay 5% of the unpaid amount of the payment, but not less than $10.00 and not more than $100.00.

PREPAYMENT: If you pay off early, you will not have to pay a penalty.

SECURITY: You are giving a security interest in:

☐ The goods or property being purchased.      ☐ Motor Vehicle

☒ Other     1-31" ZENITH TV; 1-19" RCA TV; 1-RCA HOME STEREO; 1-RCA VCR PLAYER; 1-BRIGGS & STRATTON PUSHMOWER

☐ You are giving a security interest in your Real Estate located at

☐ The previous Mortgage/Deed of Trust is being retained as security on your loan.

ASSUMPTION: Someone buying your house may not assume the remainder of the Mortgage on the original terms.

INSURANCE: Credit life and/or credit disability insurance are not required to obtain a loan and will not be provided unless you sign and agree to pay the additional cost. You understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from the sale of insurance, and you consent thereto if you select such insurance. If a rescission period applies, there is no credit life insurance coverage during the three day rescission period.

| Type | Premium | Signature(s) |
|---|---|---|
| Single Decreasing Credit Life and Single Credit Disability | $ 326.56 | I want single decreasing credit life and single credit disability insurance<br>Signature(s) _Johnny Holmes_<br>First Named Borrower<br>_____ Second Named Borrower |

You hereby certify that you are employed at least 30 hours per week. _Johnny Holmes_ Insured-Single Disability

**CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION OPTION**

CREDIT LIFE AND/OR DISABILITY INSURANCE CANCELLATION: If you desire to do so, you may, without penalty or obligation, within 30 days from the Date of Loan set forth above, cancel the credit life and/or disability insurance coverage by returning the credit life and disability insurance certificate received in connection with this loan to the office where the loan was made. Upon cancellation, a full rebate of the insurance premiums paid for this coverage will be made. You may also cancel such policy after 30 days, however, you will only be entitled to a refund of the unearned premium.

**PERSONAL PROPERTY INSURANCE DISCLOSURE**

You are required to maintain property insurance on personal property securing this loan other than household goods. You may obtain such insurance from anyone you want, or provide it through an existing policy with loss payable to us.

You are not required to purchase property insurance on your household goods to secure this loan. If you choose to have such insurance, you may obtain the insurance from anyone you want. You should consider any homeowner's or other insurance which you may already have when deciding to purchase insurance with this loan. If you purchase property insurance through us which covers the collateral which secures your loan other than a motor vehicle, you will have 30 days from the date of purchase to cancel the insurance and receive a full refund of the premium. A portion of the premium will be retained by the insurer if cancellation occurs more than 30 days from the date of the loan. To cancel you must return your policy/certificate or make a written request to this office.

If you obtain property insurance from or through us which covers the collateral which secures your loan other than a motor vehicle, it will be for a term of __36__ months and you will pay $ __131.76__. You also understand that we and/or our insurance affiliates anticipate a benefit and/or a profit from your purchase of insurance.

You want property insurance _Johnny Holmes_ Signature

_____ Signature

See the contract documents for any additional information about non-payment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

You have received a copy of this Federal Disclosure Statement.

_Johnny Holmes_     _10-3-01_
First Named Borrower        Date

_____ Second Named Borrower (if Applicable)        Date

AUB.4978.0168

*[Stamp: PAID BY RENT MAY 23 2002 American General Finance AUBURN, AL]*

## INSURANCE DISCLOSURE SUMMARY

**AMERICAN**
**GENERAL**
FINANCE

| | |
|---|---|
| Borrower Name:<br>JOHNNY B HOLMES | |
| Borrower Address (Street, City, State, Zip ): PO BOX 115 HARDAWAY, AL 36039 | |
| Branch Number: 1702 | Loan Number: 1172166 | Date: 10/03/01 |

I WANT TO PURCHASE THE INSURANCE NOTED BELOW AND HAVE THE INSURANCE PREMIUM FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE TO GET MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JOHNNY B HOLMES | $ 80.29 |
| Credit Disability | JOHNNY B HOLMES | $ 246.27 |
| Credit Personal Property | JOHNNY B HOLMES | $ 131.76 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

*MAY 23 2002*
*American General Finance*
*AUBURN, AL*

I understand that if I later decide that I do not want any or all of the Insurance, I can cancel coverage by returning the certificate/policy to the office where the loan was made and request a refund of any unearned premium.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

*Stephanie Crow*
(Signature)

A155325
(License Number)

BORROWER: *Johnny Holmes*
(Signature)

CO-BORROWER: _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

Policy Services - Insurance Operations
American General Finance, Inc.
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147    Telefax: (800) 350-9306

ALDISC (Rev. 4-96)
(10-27-97) ALQ121

AUB.4978.0169

**LOAN AGREEMENT AND DISCLOSURE STATEMENT**

**AMERICAN GENERAL** FINANCE

| DATE 05/22/02 | ACCOUNT NUMBER 1172166 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-826-8940 |
|---|---|

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

*PAID By RENEWAL NOV 15 2002 American General Finance AUBURN, AL*   *COPY*

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 29.46 % | $ 1893.90 | $ 3582.13 | $ 5476.03 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 187.18 | 07/05/02 |
| 35 | $ 151.11 | monthly beginning 08/05/02 |

LATE CHARGE: [X] If any payment is not paid in full within 10 days after its due date, I will be charged 5.00 % of the unpaid amount of the payment, but not more than $ 99.99 or less than $ 10.00 .

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may  [X] I will not  have to pay a penalty or minimum charge.

[X] I may  [ ] I will not  get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

[ ] Motor Vehicles

| Year | Make | Model | Vehicle Identification No |
|---|---|---|---|
| | | | |
| | | | |

[ ] Other Assets

| Other Assets Description |
|---|
| |
| |

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_Johnny Holmes_
Borrower

_____
Co-Borrower

**SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES**

UNAA61 (1-14-02) Agreement (1-2)          Page 1          AUB.4978.0119

## ITEMIZATION OF AMOUNT FINANCED

Amounts paid to Lender or others on my behalf

| | | | |
|---|---|---|---|
| 1. $ | 98.24 | Single Life Premium | PAID TO LIFE INSURANCE COMPANY * |
| 2. $ | 299.19 | Single Disability Premium | PAID TO DISABILITY INSURANCE COMPANY * |
| 3. $ NONE | | | PAID TO |
| 4. $ | 164.70 | Personal Property Premium | PAID TO PERSONAL PROPERTY INSURANCE COMPANY* |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ | 20.00 | Recording/Releasing Fees UCC | PAID TO GOVERNMENT AGENCY |
| 12. $ NONE | | | PAID TO |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |
| 15. $ NONE | | | PAID TO |
| 16. $ NONE | | | PAID TO |
| 17. $ NONE | | | PAID TO |
| 18. $ NONE | | | PAID TO |
| 19. $ NONE | | | PAID TO |
| 20. $ NONE | | | PAID TO |

(*Lender may retain a portion of these amounts.)

| | | | |
|---|---|---|---|
| 21. $ | 2217.47 | Amount Paid on Prior Account with Lender | |
| 22. $ | 782.53 | Amounts Paid to me | |
| | $ | 782.53 | PAID TO JOHNNY B HOLMES |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |
| | $ | | PAID TO |

| | | |
|---|---|---|
| $ | 3582.13 | Amount Financed (Sum of lines 1 - 22) |
| $ | 120.00 | Prepaid Finance Charges (Itemized below) |

## PREPAID FINANCE CHARGES

| | | | |
|---|---|---|---|
| 1. $ | 120.00 | Interest Surcharge | PAID TO LENDER |
| 2. $ NONE | | | PAID TO |
| 3. $ NONE | | | PAID TO |
| 4. $ NONE | | | PAID TO |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ NONE | | | PAID TO |
| 12. $ NONE | | | PAID TO |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |

**SEE NEXT PAGE FOR IMPORTANT INFORMATION**

UNAA62 (1-14-02) Agreement (1-2)          Page 2                    Initials

AUB.4978.0120

TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE  05/22/02 | ACCOUNT NUMBER  1172166 | TYPE OF LOAN (Alpha)  EOO |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ('Lender')**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE AND CREDIT DISABILITY INSURANCE *<br>I want single credit life insurance and single credit disability insurance.<br><br>Date 05/22/02 _____ Borrower  JOHNNY B HOLMES _____ Date of Birth 2-51-5<br><br>Date _____ Co-Borrower  Coverage not applicable. _____ Date of Birth | $  397.43 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____ Borrower  Insurance not available.<br><br>Date _____ Co-Borrower  Insurance not available. | $ NONE |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| I want credit personal property insurance with a coverage amount of $ 3000.00.<br><br>Date 05/22/02 _____ Borrower  JOHNNY B HOLMES<br><br>Date _____ Co-Borrower  Coverage not applicable. | 36 | $  164.70 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ('Property').

SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES

UNAI91 (4-14-02) Insurance Disclosures          Page 1          Initials _____

## TRUTH IN LENDING INSURANCE DISCLOSURES (con'd)

**VOLUNTARY CREDIT INSURANCE.** Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and its affiliates expect to profit from my purchase of voluntary credit insurance, and I consent to this.

**VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE.** Lender does not require that I insure the personal property listed on the Personal Property Appraisal Form (if any); however, I may voluntarily purchase voluntary credit personal property insurance from Lender or its affiliate or from another insurance company. I should review my existing homeowner's and other physical damage insurance to determine whether voluntary credit personal property insurance duplicates or adversely affects my existing insurance coverage(s). Lender and/or its affiliates expect to profit from my purchase of voluntary credit personal property insurance, and I consent to this.

Initials

AUB.4978.0136

**INSURANCE DISCLOSURE SUMMARY**

**AMERICAN**
**GENERAL**
FINANCE

| Borrower Name and Address: | |
|---|---|
| JOHNNY B HOLMES<br>PO BOX 115<br>HARDAWAY, AL 36039 | Branch Number: 1702 |
| | Loan Number:  1172166 |
| | Date:    05/22/02 |

I WANT TO PURCHASE THE INSURANCE NOTED BELOW AND HAVE THE INSURANCE PREMIUM FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE TO GET MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| *Credit Life* | JOHNNY B HOLMES | $      98.24 |
| *Credit Disability* | JOHNNY B HOLMES | $    299.19 |
| *Credit Personal Property* | JOHNNY B HOLMES | $    164.70 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

I understand that if I later decide that I do not want any or all of the insurance, I can cancel coverage by returning the certificate/policy to the office where the loan was made and request a refund of any unearned premium.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_____
(Signature)

_____
(License Number)

BORROWER: _____
(Signature)

CO-BORROWER: _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147    Telefax: (800) 350-9306

ALDISC (Rev. 4-96)
(12-02-01) ALD131

AUB.4978.0137

**LOAN AGREEMENT AND DISCLOSURE STATEMENT**

**AMERICAN GENERAL FINANCIAL SERVICES**

| DATE  03/29/04 | ACCOUNT NUMBER  1172166 | TYPE OF LOAN (Alpha) EGO |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-826-8940 | |

LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

BORROWER(S) NAME AND ADDRESS ("I","We")

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 22.45 % | $ 1970.33 | $ 5099.63 | $ 7069.96 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 211.01 | 05/04/04 |
| 35 | $ 195.97 | monthly beginning 06/04/04 |

LATE CHARGE: [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the unpaid amount of the payment, but not more than $ 99.99 or less than $ 10.00.

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may   [X] I will not   have to pay a penalty or minimum charge.

[X] I may   [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

| | Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|---|
| [ ] Motor Vehicles | | | | |

| [ ] Other Assets | Other Assets Description |
|---|---|
| | |

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

[ ] My loan contains a variable-rate feature. Disclosures about the variable-rate feature have been provided to me earlier.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_____
Borrower

_____
Co-Borrower

**SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES**

UNAA81 (04-13-03) Agreement (1-2)                    Page 1

AUB.4978.0233

## ITEMIZATION OF AMOUNT FINANCED

Amounts paid to others on my behalf

| | | | |
|---|---|---|---|
| 1. $ | 135.74 | Single Life Premium | PAID TO LIFE INSURANCE COMPANY * |
| 2. $ | 388.02 | Single Disability Premium | PAID TO DISABILITY INSURANCE COMPANY * |
| 3. $ NONE | | | PAID TO |
| 4. $ | 251.79 | Personal Property Premium | PAID TO PERSONAL PROPERTY INSURANCE COMPANY* |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ | 20.00 | Recording/Releasing Fees UCC | PAID TO GOVERNMENT AGENCY |
| 12. $ NONE | | | PAID TO |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |
| 15. $ NONE | | | PAID TO |
| 16. $ NONE | | | PAID TO |
| 17. $ NONE | | | PAID TO |
| 18. $ NONE | | | PAID TO |
| 19. $ NONE | | | PAID TO |
| 20. $ NONE | | | PAID TO |
| 21. $ | | PAID TO | |
| 22. $ | | PAID TO | |
| 23. $ | | PAID TO | |
| 24. $ | | PAID TO | |
| 25. $ | | PAID TO | |
| 26. $ | | PAID TO | |
| 27. $ | | PAID TO | |
| 28. $ | | PAID TO | |
| 29. $ | | PAID TO | |
| 30. $ | | PAID TO | |
| 31. $ | | PAID TO | |
| 32. $ | | PAID TO | |
| 33. $ | | PAID TO | |
| 34. $ | | PAID TO | |
| 35. $ | | PAID TO | |
| 36. $ | | PAID TO | |
| 37. $ | | PAID TO | |
| 38. $ | | PAID TO | |
| 39. $ | | PAID TO | |
| 40. $ | | PAID TO | |
| 41. $ | | PAID TO | |
| 42. $ | | PAID TO | |
| 43. $ | | PAID TO | |
| 44. $ | | PAID TO | |
| 45. $ | | PAID TO | |

Amount Paid on Prior Account with Lender

| | | |
|---|---|---|
| 46. $ | 2914.13 | |

Amounts Paid to me

| | | | |
|---|---|---|---|
| 47. $ | 1000.00 | PAID TO JOHNNY B HOLMES | |
| 48. $ | 150.00 ** | PAID TO JOHNNY B HOLMES | |
| 49. $ | 239.95 ** | PAID TO JOHNNY B HOLMES | |
| 50. $ | | PAID TO | |
| 51. $ | | PAID TO | |
| 52. $ | | PAID TO | |
| 53. $ | | PAID TO | |
| 54. $ | | PAID TO | |
| 55. $ | | PAID TO | |
| 56. $ | | PAID TO | |

* Lender may retain a portion of these amounts.

**For the purchase of the non-credit insurance(s) or other product(s) I requested, or I may cash the check and keep the funds.

$ __5099.63__ Amount Financed (Sum of lines 1 - 56)

$ __120.00__ Prepaid Finance Charges (Itemized below)

## PREPAID FINANCE CHARGES

| | | | |
|---|---|---|---|
| 1. $ | 120.00 | Interest Surcharge | PAID TO LENDER |
| 2. $ NONE | | | PAID TO |
| 3. $ NONE | | | PAID TO |
| 4. $ NONE | | | PAID TO |
| 5. $ NONE | | | PAID TO |
| 6. $ NONE | | | PAID TO |
| 7. $ NONE | | | PAID TO |
| 8. $ NONE | | | PAID TO |
| 9. $ NONE | | | PAID TO |
| 10. $ NONE | | | PAID TO |
| 11. $ NONE | | | PAID TO |
| 12. $ NONE | | | PAID TO |
| 13. $ NONE | | | PAID TO |
| 14. $ NONE | | | PAID TO |
| 15. $ NONE | | | PAID TO |

**SEE NEXT PAGE FOR IMPORTANT INFORMATION**

AUB.4978.0234

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE  03/29/04 | ACCOUNT NUMBER  1172166 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
323 AIRPORT RD STE D
AUBURN, AL 36830-5701

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE AND CREDIT DISABILITY INSURANCE * <br> I want single credit life insurance and single credit disability insurance. <br><br> Date 03/29/04 ___ Borrower  JOHNNY B HOLMES ___ Date of Birth 2-__-57 <br><br> Date ___ Co-Borrower  Coverage not applicable. ___ Date of Birth | $    523.76 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE <br><br> Date ___ Borrower  Insurance not available. ___ Date of Birth <br><br> Date ___ Co-Borrower  Insurance not available. ___ Date of Birth | $ NONE |

\* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE (Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| I want credit personal property insurance with a coverage amount of $ 4304.08. <br><br> Date 03/29/04 ___ Borrower  JOHNNY B HOLMES <br><br> Date ___ Co-Borrower  Coverage not applicable. | 36 | $  251.79 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums will be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

UNA91 (08-31-03) Insurance Disclosures          Page 1          Initials

AUB.4978.0241

**TRUTH IN LENDING INSURANCE DISCLOSURES (con'd)**

**VOLUNTARY CREDIT INSURANCE.** Lender's affiliate may provide the credit insurance that I voluntarily select. Lender and/or its affiliates expect to profit from my purchase of voluntary credit insurance, and I consent to this.

**VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE.** Lender does not require that I insure the personal property listed on the Personal Property Appraisal Form (if any); however, I may voluntarily purchase voluntary credit personal property insurance from Lender or its affiliate or from another insurance company. I should review my existing homeowner's and other physical damage insurance to determine whether voluntary credit personal property insurance duplicates or adversely affects my existing insurance coverage(s). Lender and/or its affiliates expect to profit from my purchase of voluntary credit personal property insurance, and I consent to this.

AUB.4978.0242

## INSURANCE DISCLOSURE SUMMARY

**AMERICAN**
**GENERAL**
FINANCIAL SERVICES

Borrower Name and Address:

JOHNNY B HOLMES
PO BOX 115
HARDAWAY, AL 36039

| | |
|---|---|
| Branch Number: 1702 | |
| Loan Number:  1172166 | |
| Date:   03/29/04 | |

I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JOHNNY B HOLMES | $      135.74 |
| Credit Disability | JOHNNY B HOLMES | $      388.02 |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | JOHNNY B HOLMES | $      251.79 |
| MERIT L.I.F.E. PLUS | JOHNNY B HOLMES | $      150.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| OTHER PRODUCTS | MEMBER(S) | PLAN FEE |
|---|---|---|
| Home & Auto Security Plan | JOHNNY B HOLMES | $      239.95 |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

NON CREDIT INSURANCE: I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_____
(Signature)

_____
(License Number)

BORROWER: _____
(Signature)

CO-BORROWER: _____
(Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159
Telephone: 1-800-325-2147 Ext 5232     Telefax: (812) 461-2852

UNQ191 (10-12-03)

AUB.4978.0260