**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHNNY B. HOLMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **3:06-cv-00033-MEF** |
| **AMERICAN INTERNATIONAL GROUP, INC.;** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of the Parties' Joint Motion to Temporarily Stay the Proceedings, the Court finds that said Motion is well-taken and should be granted.

Accordingly, this Court ORDERS that the present action and all proceedings and deadlines therein be temporarily stayed until the earlier of (1) May 2, 2006; or (2) Counsel for any Party hereto files and serves an instrument entitled "Notice of Withdrawal of Consent to Agreed Temporary Stay Order," service of which shall have the immediate effect of dissolving this order.

SO ORDERED this _____ day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

1447072