IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY B. HOLMES, | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO.<br>) 3:06-cv-00033-MEF |
| AMERICAN INTERNATIONAL GROUP,<br>INC.; et al., | ) |
| **Defendants.** | ) |

## ORDER

It is hereby ORDERED that the Joint Motion to Temporarily Stay the Proceedings (Doc. # 25), is GRANTED. It is further ORDERED that the present action and all proceedings and deadlines therein be temporarily STAYED until the earlier of (1) May 2, 2006; or (2) the date on which counsel for any party files and serves an instrument entitled "Notice of Withdrawal of Consent to Agreed Temporary Stay Order," service of which shall have the immediate effect of dissolving this Order.

DONE this the 6th day of April, 2006

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE