IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY B. HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-33-MEF |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

The stay imposed by prior Order of this court is hereby LIFTED.

DONE this 7th day of April, 2006.

       /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE