IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY B. HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-33-MEF |
| | ) |
| AMERICAN INTERNATIONAL | ) |
| GROUP, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the Joint Stipulation of Dismissal Without Prejudice (Doc. # 27) filed by the parties on April 6, 2006, it is hereby ORDERED and ADJUDGED that all of Plaintiff's claims against all Defendants and this case in its entirety are DISMISSED WITHOUT PREJUDICE, each party to bear his, her, or its own costs and expenses. The Clerk of the Court is DIRECTED to enter this document as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 7th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE