**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 7, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

Case Style: Johnny B. Holmes vs. American International Group, Inc., et al
Case Number: 3:06cv33-MEF

**Pleading : #29 - Final Judgment**

**Notice of Correction is being filed this date to advise that the referenced Order entered on 4/7/2006 did not have the Civil Appeals Checklist attached.**

**The Civil Appeals Checklist for the Final Judgment entered on 4/7/2006 is attached to this notice.**