**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 14, 2006

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:**   Johnny B. Holmes v. American International Group, Inc. et al

**Case Number:**    3:06-cv-33-MEF

**Docket Entry Number:**    31

**The above referenced ORDER was filed in the wrong case on 6/14/2006. This order is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**